UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| PAULA MUSGROVE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:21-CV-295-JRG-DCP |
| KILOLO KIJAKAZI,[1] Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. Now before the Court is Defendant's Motion to Withdraw Defendant's Motion to Dismiss [Doc. 14] filed on November 2, 2021. Defendant also requests an additional sixty (60) days, up to and including January 3, 2022, in which the file the Electronic Certified Administrative Record and Answer in this matter. The Motion states that Plaintiff does not oppose Defendant's request to withdraw the previously filed motion and for an extension of time.

The Court finds Defendant's **Motion to Withdraw Defendant's Motion to Dismiss [Doc. 14]** is unopposed and well taken, and it is **GRANTED.** Defendant's **Motion to Dismiss for Failure to State a Claim** is **DENIED** as **MOOT**. Defendant shall have up to and including

---

[1] Kilolo Kijakazi became the Acting Commissioner of the Social Security Administration ("the SSA") on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit. *See* 42 U.S.C. § 405(g).

**January 3, 2022**, in which to file the Electronic Certified Administrative Record and Answer in this matter.

    **IT IS SO ORDERED**.

ENTER:

_Debra C. Poplin_
Debra C. Poplin
United States Magistrate Judge

2

Case 3:21-cv-00295-JRG-DCP   Document 15   Filed 11/03/21   Page 2 of 2   PageID #: 76